

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Nikita West, Appellant

No. 06-22-00031-CR     v.

The State of Texas, Appellee

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 50724-A). Memorandum Opinion delivered by Chief Justice Morriss, Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting "aggravated assault" as the offense for which appellant was convicted and replacing it with "aggravated robbery." Likewise, we delete "2nd Degree Felony" as the degree of offense for which appellant was convicted and replace it with "First-Degree Felony." We affirm the trial court's judgment, as modified.

We note that the appellant, Nikita West, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVEMBER 4, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk